UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| STEPHANIE BUTLER | : | Bankruptcy No. 19-13308-MDC |
| | : | |
| Debtor | : | |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

JOSH SHAPIRO
ATTORNEY GENERAL

DATED: August 9, 2019    BY:   /s/ Christopher R. Momjian
Christopher R. Momjian
Senior Deputy Attorney General
PA I.D. No. 57482
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2424
Fax: (717) 772-4526
E-mail: crmomjian@attorneygeneral.gov

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| STEPHANIE BUTLER | : | Bankruptcy No. 19-13308-MDC |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Christopher R. Momjian, hereby certify that Notice of Appearance has been filed electronically on August 9, 2019, and is available for viewing and downloading from the Court's Electronic Case Filing System.

I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following: Not Applicable.

JOSH SHAPIRO
ATTORNEY GENERAL

DATED: August 9, 2019          BY:   /s/ Christopher R. Momjian
                                     Christopher R. Momjian
                                     Senior Deputy Attorney General
                                     PA I.D. No. 57482
                                     Office of Attorney General
                                     The Phoenix Building
                                     1600 Arch Street, Suite 300
                                     Philadelphia, PA 19103
                                     Tel: (215) 560-2424
                                     Fax: (717) 772-4526
                                     E-mail: crmomjian@attorneygeneral.gov