# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13308-MDC

STEPHANIE BUTLER

206 PARKWAY CIRCLE

BENSALEM, PA 19020-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  STEPHANIE BUTLER

  206 PARKWAY CIRCLE

  BENSALEM, PA 19020-

Counsel for debtor(s), by electronic notice only.

  MAGGIE S. SOBOLESKI
  CENTER CITY LAW OFFICES LLC
  2705 BAINBRIDGE STREET
  PHILADELPHIA, PA 19146-

Date: 9/10/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee