IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                             :
    STEPHANIE BUTLER        :        Chapter 13
                                   :
Debtor.                            :        Bankruptcy No. 19-13308 [MDC]
                                   :

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The United States of America, on behalf of its agency, the Internal Revenue Service ("the Service"), moves that the debtor's plan be denied confirmation pursuant to 11 U.S.C. §§ 1322(a)(2), 1324, and 1325(a)(5), and Fed. R. Bankr. P. 3015(f) (hereinafter all statutory references are to the Bankruptcy Code unless otherwise stated). In support thereof, the United States alleges:

1. The debtor filed a bankruptcy petition seeking relief under Chapter 13 on or about May 22, 2019.

2. The debtor filed a Chapter 13 plan on or about June 5, 2019.

3. The Internal Revenue Service filed an amended proof of claim on June 27, 2019.

4. The amended proof of claim set forth a secured claim in the amount of $36,665.00, a priority claim in the amount of $65,576.29, and an unsecured general claim of $246,940.69. Exhibit A – IRS Claim 3-2.

5. The debtor's Chapter 13 plan does not provide for the Service's secured claim and underprovides for its unsecured priority claim by $5,576.29.

6. The Service's secured claim must be fully paid in equal monthly installments over the life of the plan, along with post-confirmation interest in accordance with 11 U.S.C. § 1325(a)(5).

7. The Service's unsecured priority claims must be paid in full pursuant to 11 U.S.C. § 1322(a)(2).

8. The debtor has not filed an amended plan to provide for the Service's claims as set forth hereinabove.

9. The plan should not be confirmed because it is not feasible.

WHEREFORE, the United States respectfully requests that confirmation of the debtor's plan be denied.

                                          Respectfully submitted,

                                          WILLIAM M. McSWAIN
                                          United States Attorney

                                          /s/Richard M. Bernstein
                                          RICHARD M. BERNSTEIN
                                          Assistant United States Attorney
                                          615 Chestnut Street, Suite 1250
                                          Philadelphia, PA  19106
                                          Tel:  215-861-8334
                                          Fax:  215-861-8618
                                          Richard.Bernstein@usdoj.gov

Dated: October 7, 2019

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN to be served electronically upon the debtor's counsel, the United States Trustee, and the Chapter 13 trustee on October 7, 2019.

/s/ Richard M. Bernstein
RICHARD M. BERNSTEIN
Assistant United States Attorney

Dated: October 7, 2019

# EXHIBIT A

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form 410 Attachment

| | |
|---|---|
| **In the Matter of:** STEPHANIE BUTLER<br>206 PARKWAY CIRCLE<br>BENSALEM, PA 19020 | Case Number<br>19-13308-MDC |
| | Type of Bankruptcy Case<br>CHAPTER 13 |
| | Date of Petition<br>05/22/2019 |

Amendment No. 1 to Proof of Claim dated 06/27/2019.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

INTEREST PAYABLE ON SECURED CLAIM(S) PER IRC 6621 & 6622.

**Secured Claims** (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-0251 | INCOME | 12/31/2007 | 02/07/2011 | $2,862.00 | $2,054.66 | $1,519.92 | 11/27/2017<br>10/17/2011 | Philadelphia Co<br>Bucks County |
| XXX-XX-0251 | INCOME | 12/31/2008 | 07/11/2011 | $15,277.00 | $9,606.35 | $280.07 | 11/27/2017<br>11/01/2011 | Philadelphia Co<br>Bucks County |
| XXX-XX-0251 | INCOME | 12/31/2008 | 05/22/2024 | $0.00 | $0.00 | $5,055.00 | | Right to Setoff |
| | | | | $18,139.00 | $11,661.01 | $6,854.99 | | |

**Total Amount of Secured Claims:** $36,655.00

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0251 | INCOME | 12/31/2014 | 03/28/2016 | $12,712.00 | $2,351.84 |
| XXX-XX-0251 | INCOME | 12/31/2015 | 09/05/2016 | $13,207.00 | $1,973.78 |
| XXX-XX-0251 | EXCISE | 12/31/2015 | 09/12/2016 | $1,565.00 | $204.65 |
| XXX-XX-0251 | INCOME | 12/31/2016 | 10/02/2017 | $13,329.00 | $1,392.46 |
| XXX-XX-0251 | EXCISE | 12/31/2016 | 10/09/2017 | $1,808.00 | $150.51 |
| XXX-XX-0251 | INCOME | 12/31/2017 | 1 Per Records/Debtor | $7,667.00 | $465.00 |
| XXX-XX-0251 | INCOME | 12/31/2018 | 08/19/2019 | $8,697.00 | $53.05 |
| | | | | $58,985.00 | $6,591.29 |

**Total Amount of Unsecured Priority Claims:** $65,576.29

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0251 | INCOME | 12/31/2008 | 07/11/2011 | $0.00 | $6,601.54 |
| XXX-XX-0251 | INCOME | 12/31/2009 | 04/04/2011 | $16,476.00 | $6,484.73 |
| XXX-XX-0251 | INCOME | 12/31/2009 | 04/22/2013 | $30,406.00 | $11,967.36 |

1 INFORMATION FROM DEBTOR OR RETURN RECEIVED THAT IS NOT YET ASSESSED. THIS CLAIM MAY BE AMENDED AS NECESSARY UPON ASSESSMENT OF THE LIABILITY OR EXAMINATION OF DEBTOR TAX RETURN.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** STEPHANIE BUTLER
206 PARKWAY CIRCLE
BENSALEM, PA 19020

Form **410** Attachment

| Case Number |
|---|
| 19-13308-MDC |

| Type of Bankruptcy Case |
|---|
| CHAPTER 13 |

| Date of Petition |
|---|
| 05/22/2019 |

Amendment No. 1 to Proof of Claim dated 06/27/2019.

**Unsecured General Claims** (Continued from Page 1)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-0251 | INCOME | 12/31/2010 | 11/07/2011 | $12,528.00 | $4,287.68 |
| XXX-XX-0251 | INCOME | 12/31/2010 | 04/22/2013 | $15,737.00 | $5,385.98 |
| XXX-XX-0251 | INCOME | 12/31/2011 | 10/08/2012 | $5,994.00 | $1,777.36 |
| XXX-XX-0251 | INCOME | 12/31/2011 | 04/22/2013 | $8,265.00 | $2,450.78 |
| XXX-XX-0251 | INCOME | 12/31/2012 | 11/11/2013 | $15,602.00 | $4,029.75 |
| XXX-XX-0251 | INCOME | 12/31/2013 | 07/14/2014 | $17,033.00 | $3,765.94 |
| | | | | $122,041.00 | $46,751.12 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $15,942.20
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $62,206.37

**Total Amount of Unsecured General Claims:** $246,940.69