# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHANIE BUTLER, : | |
| DEBTOR. : | CHAPTER 13 |
| : | NO.: 19-13308 (MDC) |
| : | |

___

## CERTIFICATE OF SERVICE

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtors' FIRST Amended Plan to be served this 4th day of DECEMBER, 2019 upon all creditors and those required to receive notice via the court's electronic filing service and via regular U.S. mail for those creditors not appearing on the court's electronic filing service but on the creditor's matrix.

                                           *CENTER CITY LAW OFFICES, LLC*
                                           By: */s/**Maggie S. Soboleski**
                                           Pa. Id. No.: 88268
                                           2705 Bainbridge Street
                                           Philadelphia, PA 19146
                                           Tele.: 215-620-2132
                                           E-Mail: msoboles@yahoo.com

Dated: DECEMBER 4, 2019