IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHANIE BUTLER, : | |
| DEBTOR. : | CHAPTER 13 |
| : | NO.: 19-13308 (MDC) |
| : | |
| : | HEARING DATE: 2/4/20 |
| : | 10:30 A.M. - COURTROOM # 2 |
| : | 900 Market Street |
| : | Second Floor |

## NOTICE FOR HEARING ON DEBTOR'S MOTION TO AVOID LIEN OF INTERAL REVENUE SERVICE

To the Debtor, its Creditors, Equity Holders, and other parties in interest:

**A MOTION TO AVOID THE LIEN OF THE INTERNAL REVENUE SERVICE ON THE DEBTOR'S REAL PROPERTIES** (the "Motion") has been filed by the Debtor on January 8, 2020 and Notice is hereby given that:

    1. A Hearing to consider the merits of the Debtor's Motion shall be held on **February 4, 2020 at 10:30 a.m.** in the **United States Bankruptcy Court for the Eastern District of Pennsylvania at 900 Market Street, Second Floor, Courtroom # 2, Philadelphia, PA 19107.**

    2. That **January 23, 2020** is fixed as the last day for filing and serving, in accordance with Bankruptcy Rule 3017(a), written objections to the Motion.

    3. Objections to the Motion shall be filed with the Clerk of the United States Bankruptcy Court and served on the Debtor, the Office of the United States Trustee, and members of the Creditors Committee, along with any other entity or party who has requested the service of all Notices pursuant to Bankruptcy Rule 2002.

    4. Request for copies of the Motion shall be made directly to counsel for the Debtor-in-Possession at the address listed below:

                  Maggie S. Soboleski, Esquire
                  **Center City Law Offices, LLC.**
                  2705 Bainbridge Street
                  Philadelphia, PA  19146
                  Phone: 215-620-2132
                  Fax: 215-689-4303

     5. The cost for obtaining copies of the Motion and the mailing to a designated address is $15. Payment of this sum to the order of Center City Law Offices, LLC. is required to be received prior to the delivery of the requested copies.

FOR THE DEBTOR

CENTER CITY LAW OFFICES, LLC

By: */s/ Maggie S. Soboleski*
MAGGIE S. SOBOLESKI
PA Identification No. 88268
2705 Bainbridge Street
Philadelphia, PA 19146

Dated: January 8, 2020