United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13308-mdc
Stephanie Butler                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett          Page 1 of 1              Date Rcvd: Jan 08, 2020
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
14364332        +PHH MORTGAGE CORPORATION,    1 MORTGAGE WAY, MAIL STOP SV-22,    MT. LAUREL NJ 08054-4637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
      CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
       Revenue crmomjian@attorneygeneral.gov
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   CSMC 2019-RPL7 Trust c/o Select Portfolio
       Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
      JEROME B. BLANK    on behalf of Creditor   PHH MORTGAGE CORPORATION paeb@fedphe.com
      KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
      MAGGIE S SOBOLESKI    on behalf of Debtor Stephanie  Butler msoboles@yahoo.com,
       3532@notices.nextchapterbk.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
       bkgroup@kmllawgroup.com
      RICHARD M. BERNSTEIN    on behalf of Creditor   INTERNAL REVENUE SERVICE
       richard.bernstein@usdoj.gov,  jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov
      RICHARD M. BERNSTEIN    on behalf of Creditor   United States of Amer. on behalf of IRS
       richard.bernstein@usdoj.gov,  jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov
      ROBERT J. DAVIDOW    on behalf of Creditor   PHH MORTGAGE CORPORATION
       robert.davidow@phelanhallinan.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                          TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13308-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephanie Butler
206 Parkway Circle
Bensalem PA 19020

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/07/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054 | BAYVIEW LOAN SERVICING, LLC<br>4425 PONCE DE LEON BLVD.<br>5TH FLOOR<br>CORAL GABLES, FL 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/10/20

Tim McGrath
**CLERK OF THE COURT**