IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 19-13308 MDC |
| STEPHANIE BUTLER | : | |
|     Debtor | : | Chapter No. 13 |
| | : | |
| BAYVIEW LOAN SERVICING, LLC | : | |
|     Movant | : | |
| v. | : | |
| STEPHANIE BUTLER | : | 11 U.S.C. §362 |
|     Respondent | : | |
| | : | |

### ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

AND NOW, this 25th day of February, 2020, at **PHILADELPHIA**, upon Motion of **BAYVIEW LOAN SERVICING, LLC** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that Rule 4001(a)(3) is not applicable and **BAYVIEW LOAN SERVICING, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

                                                                         Magdeline D. Coleman
                                                                         Chief U.S. Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)        STEPHANIE BUTLER
P.O. BOX 1229                                                 206 PARKWAY CIRCLE
PHILADELPHIA, PA 19105                              BENSALEM, PA 19020

MAGGIE S. SOBOLESKI, ESQUIRE
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146