United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephanie Butler  
       Debtor

Case No. 19-13308-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Feb 27, 2020  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.  
db          Stephanie Butler,   206 Parkway Circle,   Bensalem, PA 19020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:

         CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue crmomjian@attorneygeneral.gov  
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
         JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com  
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com  
         MAGGIE S SOBOLESKI    on behalf of Debtor Stephanie Butler msoboles@yahoo.com, 3532@notices.nextchapterbk.com  
         MARIO J. HANYON    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com  
         RICHARD M. BERNSTEIN    on behalf of Creditor    INTERNAL REVENUE SERVICE richard.bernstein@usdoj.gov, jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov  
         RICHARD M. BERNSTEIN    on behalf of Creditor    United States of Amer. on behalf of IRS richard.bernstein@usdoj.gov, jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov  
         ROBERT J. DAVIDOW    on behalf of Creditor    PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                 TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 19-13308 MDC |
| STEPHANIE BUTLER | : | |
|     Debtor | : | Chapter No. 13 |
| | : | |
| BAYVIEW LOAN SERVICING, LLC | : | |
|     Movant | : | |
| v. | : | |
| STEPHANIE BUTLER | : | 11 U.S.C. §362 |
|     Respondent | : | |
| | : | |

### ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

AND NOW, this 25th day of February, 2020, at **PHILADELPHIA**, upon Motion of **BAYVIEW LOAN SERVICING, LLC** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that Rule 4001(a)(3) is not applicable and **BAYVIEW LOAN SERVICING, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

                                                                       _____
                                                                       Magdeline D. Coleman
                                                                       Chief U.S. Bankruptcy Judge

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)        STEPHANIE BUTLER
P.O. BOX 1229                                                  206 PARKWAY CIRCLE
PHILADELPHIA, PA 19105                           BENSALEM, PA 19020

MAGGIE S. SOBOLESKI, ESQUIRE
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146