**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: STEPHANIE BUTLER,** : | |
|         **DEBTOR.** : | **CHAPTER 13** |
| : | **NO.: 19-13308 (MDC)** |
| : | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the *Debtors' Motion to Avoid the Lien held by the Internal Revenue Service* it is hereby ORDERED and DECREED that the Debtor's Motion is hereby GRANTED and the Lien is AVOIDED upon AGREEMENT OF THE PARTIES AND entry of DISCHARGE.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF, U.S. BANKRUPTCY JUDGE

Internal Revenue Service
Richard Bernstein, Esq. (via email: Richard.berstein@usdoj.gov)

Maggie S. Soboleski, Esquire (Debtor's counsel)
msoboles@yahoo.com

Stephanie Butler (via email: butler.steph2015@gmail.com)