**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: STEPHANIE BUTLER** : | |
| **DEBTOR.** : | **CHAPTER 13** |
| : | **NO.: 19-13308 (MDC)** |
| : | |

_____

**AMENDED CERTIFICATE OF SERVICE**

I, MAGGIE S. SOBOLESKI, ESQUIRE, certify that I did cause a true and correct copy of the Debtors' SECOND Amended Plan to be served this 6TH day of APRIL, 2020 upon all creditors and those required to receive notice via the court's electronic filing service AND via regular U.S. mail for the following creditors:

Cavalry SVP-1, LLC – 500 Summit Lake Drive, Ste. 400, Valhalla, NY  10590

Portfolio Recovery Assocs., LLC -- P.O. Box 41067, Norfolk, VA  23541

By: */s/**Maggie S. Soboleski***
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: APRIL 6, 2020