# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : |  |
| Stephanie Butler | : | Chapter 13 |
|  | : | Bankruptcy Case No. 19-13308 |
| Debtor. | : |  |
|  | : |  |

## PRAECIPE TO WITHDRAW OBJECTIONS TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLANS

TO THE CLERK:

Kindly withdraw the objections to confirmation which the Internal Revenue Service filed on October 7, 2019, December 18, 2019, and April 28, 2020.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney


 /s/ Richard M. Bernstein
RICHARD M. BERNSTEIN
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: 215-861-8334
Fax: 215-861-8618
Richard.Bernstein@usdoj.gov


Dated: June 10, 2020

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing PRAECIPE TO WITHDRAW OBJECTIONS TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLANS to be served upon counsel of record by electronically filing with the Bankruptcy Court's CM/ECF system.

    /s/ Richard M. Bernstein
RICHARD M. BERNSTEIN
Assistant United States Attorney

Dated: June 10, 2020