**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | BK. No. 19-13308-mdc |
| **STEPHANIE BUTLER** | : | |
| Debtor | : | Chapter No. 13 |

**BAYVIEW LOAN SERVICING, LLC**
                    Movant
                v.
**STEPHANIE BUTLER**
                    Respondent

**NOTICE OF COVID-19 MORTGAGE FORBEARANCE AGREEMENT PURSUANT TO LOCAL ORDER 20-3007**

The undersigned, Phelan Hallinan Diamond & Jones, LLP, are creditor's counsel in this matter.

1. Debtor currently has a mortgage with **BAYVIEW LOAN SERVICING, LLC**. The property address is 206 PARKWAY CIRCLE, FAIRLESS HILLS, PA 19030, Loan # ending in 9641. A Proof of Claim has been filed on the claim register at #5. A written/unwritten Notice of Payment Change/Forbearance is being filed on the claims docket pursuant to bankruptcy Rule 3002.1 (b) and Local Rule 20-3007.

2. The terms of the forbearance are as follows: Regular monthly mortgage payments starting with the June 1, 2020 through August 31, 2020 are suspended. Payment of the escrow component of the regular monthly mortgage payments (shall also be suspended).

3. The Creditor advises that no fees will be assessed against the loan with regard to this Notice of Forbearance.

4. Prior to the expiration of the forbearance period, Debtor must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter into

loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

5. Creditor, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. The payment post-petition amount due at the time of this forbearance is $1,555.16.

6. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616

June 17, 2020                                           Email: jerome.blank@phelanhallinan.com

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | BK. No. 19-13308-mdc |
| STEPHANIE BUTLER | : | |
| Debtor | : | Chapter No. 13 |

**BAYVIEW LOAN SERVICING, LLC**
      **Movant**
      v.
**STEPHANIE BUTLER**
      **Respondent**

## CERTIFICATE OF SERVICE

    I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Forbearance by electronic means on June 23, 2020.

MAGGIE S SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146

STEPHANIE BUTLER
206 PARKWAY CIRCLE
BENSALEM, PA 19020

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

                /s/ Jerome Blank, Esquire
                Jerome Blank, Esq., Id. No.49736
                Phelan Hallinan Diamond & Jones, LLP
                1617 JFK Boulevard, Suite 1400
                One Penn Center Plaza
                Philadelphia, PA 19103
                Phone Number: 215-563-7000 Ext 31625
                Fax Number: 215-568-7616

June 23, 2020                Email: jerome.blank@phelanhallinan.com