### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
In re                                              :
                                                   :    Chapter 13
   STEPHANIE BUTLER,                               :
                                                   :    Bankruptcy No. 19-13308 (MDC)
                    Debtor.                        :
---------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 94) filed by the City of Philadelphia on June 15, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 24, 2020        By:    */s/ Joshua Domer*
                                   JOSHUA DOMER
                                   Assistant City Solicitor
                                   PA Attorney I.D. 319190
                                   Attorney for the City of Philadelphia
                                        and/or
                                   Water Revenue Bureau
                                   City of Philadelphia Law Department
                                   Municipal Services Building
                                   1401 JFK Boulevard, 5th Floor
                                   Philadelphia, PA 19102-1595
                                   215-686-0519 (phone)
                                   Email: Joshua.Domer@phila.gov