United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-13308-mdc
Stephanie Butler Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Antoinett Page 1 of 2
Date Rcvd: Oct 16, 2020 Form ID: trc Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14492470 | BAYVIEW LOAN SERVICING, LLC, BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor PHH MORTGAGE CORPORATION paeb@fedphe.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov karena.blaylock@phila.gov |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pabk@logs.com klittle@logs.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 2 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: trc | Total Noticed: 1 |

MAGGIE S SOBOLESKI
    on behalf of Debtor Stephanie Butler msoboles@yahoo.com 3532@notices.nextchapterbk.com

MARIO J. HANYON
    on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mjclark@logs.com

REBECCA ANN SOLARZ
    on behalf of Creditor CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

RICHARD M. BERNSTEIN
    on behalf of Creditor INTERNAL REVENUE SERVICE richard.bernstein@usdoj.gov
    jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

RICHARD M. BERNSTEIN
    on behalf of Creditor United States of Amer. on behalf of IRS richard.bernstein@usdoj.gov
    jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

ROBERT J. DAVIDOW
    on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Bayview Loan Servicing  LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 19

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13308-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephanie Butler
206 Parkway Circle
Bensalem PA 19020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/15/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: BAYVIEW LOAN SERVICING, LLC, BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146

Name and Address of Transferee:

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/18/20

Tim McGrath
**CLERK OF THE COURT**