## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **STEPHANIE BUTLER,** : | |
| | **DEBTOR.** : | **CHAPTER 13** |
| | : | **NO.: 19-133087 (MDC)** |
| | : | |

___

### PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO
### CLAIM #8 OF THE PENNSYLVANIA DEPARTMENT OF REVENUE

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Debtor's Objection to the Claim #8 of the Pennsylvania Department of Revenue filed at docket number 123.

*CENTER CITY LAW OFFICES, LLC*
By: */s/Maggie S. Soboleski*
Pa. Id. No.: 88268
2705 Bainbridge Street
Philadelphia, PA 19146
Tele.: 215-620-2132
E-Mail: msoboles@yahoo.com

Dated: DECEMBER 14, 2020