**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                  Case No. 19-13308-mdc
                                                            Chapter 13

Stephanie Butler

Debtor(s).

**NOTICE OF APPEARANCE**

**Goldman Sachs Mortgage Company**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                                          **Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

                                        By:        _/s/ Daniel P. Jones, Esquire_
                                                               Daniel P. Jones, Esquire,
                                                               Bar No: 321876
                                                               Stern & Eisenberg, PC
                                                               1581 Main Street, Suite 200
                                                               The Shops at Valley Square
                                                               Warrington, PA 18976
                                                               Phone: (215) 572-8111
                                                               Fax: (215) 572-5025
                                                               djones@sterneisenberg.com
                                                               Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 18th day of January, 2021, to the following:

Maggie S Soboleski
Center City Law Offices LLC
2705 Bainbridge Street
Philadelphia, PA 19146
msoboles@yahoo.com
*Attorney for Debtor(s)*


William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Stephanie Butler
206 Parkway Circle
Bensalem, PA 19020
*Debtor(s)*


                                        By:    */s/Daniel P. Jones, Esquire*