### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
STEPHANIE BUTLER,                               :
                                                :    Bankruptcy No. 19-13308 (MDC)
                        Debtor.                 :
---------------------------------------------------x

### PRAECIPE TO WITHDRAW OBJECTION
### TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 138) filed by the City of Philadelphia on March 18, 2021.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: March 25, 2021          By:    */s/ Joshua Domer*
                                      JOSHUA DOMER
                                      Assistant City Solicitor
                                      PA Attorney I.D. 319190
                                      Attorney for the City of Philadelphia
                                            and/or
                                      Water Revenue Bureau
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA 19102-1595
                                      215-686-0519 (phone)
                                      Email: Joshua.Domer@phila.gov