## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stephanie Butler | |
| Debtor(s) | CHAPTER 13 |
| CSMC 2019-RPL7 Trust, its successors and/or assigns | |
| Movant | |
| vs. | |
| Stephanie Butler | NO. 19-13308 MDC |
| Debtor(s) | |
| William C. Miller Esq. | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of CSMC 2019-RPL7 Trust, which was filed with the Court on or about **April 15, 2021, docket number 145**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: May 5, 2021