United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stephanie Butler  
    Debtor

Case No. 19-13308-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 10, 2021      Form ID: 155      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Butler, 206 Parkway Circle, Bensalem, PA 19020 |
| 14492470 | | BAYVIEW LOAN SERVICING, LLC, BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 14330527 | + | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, P.O. BOX 281061, Harrisburg, PA 17128-1061 |
| 14558389 | + | COMMUNITY LOAN SERVICING, LLC, C/O KML Law Group, Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14410041 | | CSMC 2019-RPL7 Trust, c/o Select Portfolio Servcing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14479951 | + | CSMC 2019-RPL7 Trust, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14371478 | + | Christopher R. Momjian, Senior Deputy Attorney General, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14371755 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o Christopher R. Momjian, Esq., 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14581020 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14577074 | + | Goldman Sachs Mortgage Company, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14577240 | + | Goldman Sachs Mortgage Company, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14330529 | + | MR. COOPER, 8950 CYPRESS WATERS BOULEVARD, Coppell, TX 75019-4620 |
| 14334185 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Rebecca A. Solarz Esqure, KML Law Group P.C., 701 Market Street ste 5000 Philadelphia Pa 19106-1541 |
| 14348321 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14361232 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14330530 | + | OCWEN LOAN SERVICING, 1661 WORTHINGTON ROAD, SUITE 100, West Palm Beach, FL 33409-6493 |
| 14330531 | + | PHH MORTGAGE, 1 MORTGAGE WAY, MAIL STOP: SVCF, Mount Laurel, NJ 08054-4637 |
| 14364332 | + | PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 14344647 | + | PHH Mortgage Corporation, c/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14330532 | + | WELLS FARGO BANK, N.A., PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14448865 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 11 2021 02:18:00 | BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146-1873 |
| 14330526 | | Email/Text: megan.harper@phila.gov | Jun 11 2021 02:18:00 | City of Philadelphia, Water Revenue Bureau, c/o Joshua Domer, Municipal Services Building, 1401 JFK Blvd., 5th Floor, Phila., PA 19102-1595 |
| 14385976 | | Email/Text: megan.harper@phila.gov | Jun 11 2021 02:18:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14422331 | | Email/Text: megan.harper@phila.gov | Jun 11 2021 02:18:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14331565 | + | Email/Text: bankruptcy@cavps.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 155 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 11 2021 02:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14332477 | + | Email/Text: bankruptcy@cavps.com | Jun 11 2021 02:18:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14550929 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 11 2021 02:18:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14330528 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2021 02:18:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 14365146 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 02:07:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14369160 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2021 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14483922 | + | Email/Text: megan.harper@phila.gov | Jun 11 2021 02:18:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2021           Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DANIEL P. JONES | on behalf of Creditor Goldman Sachs Mortgage Company djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com |

| | |
|---|---|
| JEROME B. BLANK | on behalf of Creditor PHH MORTGAGE CORPORATION paeb@fedphe.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov karena.blaylock@phila.gov |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pabk@logs.com klittle@logs.com;logsecf@logs.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor Stephanie Butler msoboles@yahoo.com 3532@notices.nextchapterbk.com |
| MARIO J. HANYON | on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com |
| RICHARD M. BERNSTEIN | on behalf of Creditor INTERNAL REVENUE SERVICE richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov |
| RICHARD M. BERNSTEIN | on behalf of Creditor United States of Amer. on behalf of IRS richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov |
| ROBERT J. DAVIDOW | on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Stephanie Butler
      Debtor(s)

Chapter: 13
Bankruptcy No: 19−13308−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 10th day of June, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

159
Form 155