**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Stephanie Butler, | : | |
| Debtor | : | Bankruptcy No. 19-13308-mdc |

## **ORDER**

AND NOW, this __21st__ day of __April__ 2022, upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation pursuant to 11 U.S.C Sec. 1329 and after notice and opportunity for a hearing,

IT IS HEREBY ORDERED that the Motion is Granted; and

IT IS HEREBY FURTHER ORDERED that Debtor's Tenth Amended Chapter 13 Plan, confirmed by Order dated May 11, 2021, is hereby modified as provided by the terms of the Modified Chapter 13 Plan attached to the Motion to Modify Chapter 13 Plan Post-Confirmation.

BY THE COURT

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :         Chapter 13
STEPHANIE BUTLER                             :
    Debtor                :         Bankruptcy No. 19-13308-mdc

## **CERTIFICATE OF SERVICE**

I hereby certify that on MARCH 3, 2022, I caused a copy of the foregoing Motion to Modify Chapter 13 Plan, to be served upon all parties in interest as follows:

Via CM/ECF to:

**Kenneth E. West, Esquire**
Standing Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

Via First Class U.S. Mail, Postage Prepaid to:

**All creditors that filed claims**

Under penalty of perjury, I declare that the foregoing is true and correct.

By: */s/ Maggie S. Soboleski*
Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
2705 Bainbridge Street
Philadelphia, PA  19146
215-620-2132

Dated: MARCH 3, 2022                         Attorney for Debtor