United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13308-mdc |
| Stephanie Butler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephanie Butler, 206 Parkway Circle, Bensalem, PA 19020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DANIEL P. JONES | on behalf of Creditor Goldman Sachs Mortgage Company djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| JEROME B. BLANK | on behalf of Creditor Bayview Loan Servicing LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor PHH MORTGAGE CORPORATION paeb@fedphe.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| KARINA VELTER | |

on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
　　on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
　　on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper logsecf@logs.com cistewart@logs.com

MAGGIE S SOBOLESKI
　　on behalf of Debtor Stephanie Butler msoboles@yahoo.com 3532@notices.nextchapterbk.com

MARIO J. HANYON
　　on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL JOHN CLARK
　　on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

REBECCA ANN SOLARZ
　　on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
　　on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
　　on behalf of Creditor CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
　　on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

RICHARD M. BERNSTEIN
　　on behalf of Creditor INTERNAL REVENUE SERVICE richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

RICHARD M. BERNSTEIN
　　on behalf of Creditor United States of Amer. on behalf of IRS richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

ROBERT J. DAVIDOW
　　on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS SONG
　　on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 23

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Stephanie Butler, | : | |
| Debtor | : | Bankruptcy No. 19-13308-mdc |

## ORDER

AND NOW, this  21st  day of       April       2022, upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation pursuant to 11 U.S.C Sec. 1329 and after notice and opportunity for a hearing,

IT IS HEREBY ORDERED that the Motion is Granted; and

IT IS HEREBY FURTHER ORDERED that Debtor's Tenth Amended Chapter 13 Plan, confirmed by Order dated May 11, 2021, is hereby modified as provided by the terms of the Modified Chapter 13 Plan attached to the Motion to Modify Chapter 13 Plan Post-Confirmation.

BY THE COURT

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| STEPHANIE BUTLER | : | |
| Debtor | : | Bankruptcy No. 19-13308-mdc |

**CERTIFICATE OF SERVICE**

    I hereby certify that on MARCH 3, 2022, I caused a copy of the foregoing Motion to Modify Chapter 13 Plan, to be served upon all parties in interest as follows:

Via CM/ECF to:

    **Kenneth E. West, Esquire**
    Standing Chapter 13 Trustee
    ecfemails@ph13trustee.com, philaecf@gmail.com

    **United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

Via First Class U.S. Mail, Postage Prepaid to:

    **All creditors that filed claims**

Under penalty of perjury, I declare that the foregoing is true and correct.

                                  By: */s/ Maggie S. Soboleski*
                                      Maggie S. Soboleski, Esquire
                                      Center City Law Offices, LLC
                                      2705 Bainbridge Street
                                      Philadelphia, PA  19146
                                      215-620-2132
Dated: MARCH 3, 2022              Attorney for Debtor