**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                           Chapter 13

                                           Bankruptcy No. 19-13308-MDC

STEPHANIE BUTLER

206 PARKWAY CIRCLE

BENSALEM, PA 19020-

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEPHANIE BUTLER

    206 PARKWAY CIRCLE

    BENSALEM, PA 19020-

Counsel for debtor(s), by electronic notice only.

    MAGGIE S. SOBOLESKI
    CENTER CITY LAW OFFICES LLC
    2705 BAINBRIDGE STREET
    PHILADELPHIA, PA 19146-

Date: 9/27/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee