UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                           **CASE NO.: 19-13308-mdc**
**CHAPTER 13**

**Stephanie Butler,**
   **Debtor.**

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NATIONSTAR MORTGAGE LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Authorized Agent for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 07004
                                         Telephone: 470-321-7112

                                         By: /s/Charles Wohlrab
                                               Charles Wohlrab, Esq.
                                               Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on February 9, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

STEPHANIE BUTLER
206 PARKWAY CIRCLE
BENSALEM, PA 19020

And via electronic mail to:

CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE 1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE ROBERT N.C. NIX FEDERAL BUILDING SUITE 320
PHILADELPHIA, PA 19107

                              By: /s/ Brianna Carr