IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------x
In re                                     :
                                          :      Chapter 13
          STEPHANIE BUTLER                :
                                          :      Bankruptcy No. 19-13308 (MDC)
                            Debtor.       :
------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to Motion to Sell Property

Free and Clear of Liens under Section 363(f) (Document #215) which was filed on April

18, 2023.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 29, 2023         By:     */s/ Pamela Elchert Thurmond*
                                     PAMELA ELCHERT THURMOND
                                     Senior Attorney
                                     PA Attorney I.D. 202054
                                     Attorney for the City of Philadelphia
                                     City of Philadelphia Law Department
                                     Municipal Services Building
                                     1401 JFK Boulevard, 5th Floor
                                     Philadelphia, PA  19102-1595
                                     215-686-0508 (phone)
                                     Email: Pamela.Thurmond@phila.gov