United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-13308-mdc

Stephanie Butler Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephanie Butler, 206 Parkway Circle, Bensalem, PA 19020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CSMC 2019-RPL7 Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar Mortgage LLC cwohlrab@friedmanvartolo.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DANIEL P. JONES | on behalf of Creditor Goldman Sachs Mortgage Company djones@sterneisenberg.com bkecf@sterneisenberg.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jul 07, 2023 Form ID: pdf900 Total Noticed: 1

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

JEROME B. BLANK
    on behalf of Creditor Bayview Loan Servicing LLC jblank@pincuslaw.com, brausch@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor PHH MORTGAGE CORPORATION jblank@pincuslaw.com brausch@pincuslaw.com

KARINA VELTER
    on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM

MAGGIE S SOBOLESKI
    on behalf of Debtor Stephanie Butler msoboles@yahoo.com 3532@notices.nextchapterbk.com

MARIO J. HANYON
    on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

RICHARD M. BERNSTEIN
    on behalf of Creditor INTERNAL REVENUE SERVICE richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

RICHARD M. BERNSTEIN
    on behalf of Creditor United States of Amer. on behalf of IRS richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

ROBERT J. DAVIDOW
    on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

STEPHANIE BUTLER,

    Debtor.

Chapter 13

Case No. 19-13308 (MDC)

## ORDER

**AND NOW,** this 7th day of July, 2023, upon consideration of the Motion to Sell Real Property filed by debtor, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell her real property located at 5528 CATHARINE STREET ("Property"), for the sale price of $89,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of April 6, 2023 and as subsequently extended, to the buyer thereunder, CARTER REALTY GROUP ("Buyer"), who has been represented to be purchasing the Property at arms-length.

The Internal Revenue Service (the "IRS") and the City of Philadelphia (the "City") hold certain tax and water liens against the Property and will be paid according to the distribution set forth below.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

|  |  |
|---|---|
| Property sale price = | $89,000.00 |
| Sale expenses = | ($8,000.00) |
| NET: | $81,000.00 |
|  |  |
| City of Phila. | ($11,000.00) (ROUNDED UP FROM $10,917.21) |
| IRS | ($47,000.00) |
|  |  |
| <u>NET to Trustee:</u> | <u>$23,000.00</u> |

The approximate $11,000 distribution to the City of Philadelphia in the above paragraph covers the City's real estate tax and water liens related only to the Property. The Property will otherwise sell free and clear of the judgments asserted in the City's claims, but the judgments will continue to attach to any additional properties owned by the Debtor in the City of Philadelphia.

Creditors, paid at settlement and whose secured claims are being paid in the plan, shall either (1) file an amended proof of claim or (2) withdraw the proof of claim, upon receiving sale proceeds in satisfaction of their secured claims and interests.

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth West, Chapter 13 trustee, the balance of the sales proceeds, if any, which are anticipated to be **approximately $23,000,** to be held by the standing trustee as a special receipt, to be available under debtor's plan for distribution to all creditors in order of priority. Debtor shall immediately amend his plan, consistent with this Order and the sale of the Property.

The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to settlementsheet@ph13trustee.com immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall email a copy of the disbursement check to

the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

If this Order is entered prior to confirmation of debtor's chapter 13 plan, debtor shall not be permitted to voluntarily dismiss this case; debtor may, however, convert this case to one under Chapter 7. In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing trustee shall be transferred to the appointed Chapter 7 trustee.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of the Order is hereby waived.

BY THE COURT

DATE: _____

_____
**HON. MAGDELINE D. COLEMAN
CHIEF, BANKRUPTCY JUDGE**