UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Stephanie Butler,**<br>　　Debtor.<br><br>**Nationstar Mortgage LLC,**<br><br>　　Movant,<br>v.<br><br>**Stephanie Butler,**<br>　　Debtor/Respondent,<br><br>**KENNETH E WEST, Esquire,**<br>　　Trustee/Respondent. | **Bankruptcy No. 19-13308-mdc**<br><br>**Chapter 13** |

### ORDER VACATING AUTOMATIC STAY

AND NOW, this 22nd day of January, 2024, upon consideration of Nationstar Mortgage LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Nationstar Mortgage LLC; and it is further

ORDERED, that Nationstar Mortgage LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 206 Parkway Circle, Fairless Hills, PA 19030, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Nationstar Mortgage LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Chief Judge