United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 19-13308-mdc
Stephanie Butler                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Feb 02, 2024      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Butler, 206 Parkway Circle, Bensalem, PA 19020 |
| cr | + | Goldman Sachs Mortgage Company, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14492470 | | BAYVIEW LOAN SERVICING, LLC, BAYVIEW LOAN SERVICING,LLC, CASHIERING, 4425 PONCE DE LEON BLVD.,, 5TH FLOOR, CORAL GABLES FL 33146 |
| 14479951 | + | CSMC 2019-RPL7 Trust, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14371478 | + | Christopher R. Momjian, Senior Deputy Attorney General, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14371755 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o Christopher R. Momjian, Esq., 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14577240 | + | Goldman Sachs Mortgage Company, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14334185 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Rebecca A. Solarz Esqure, KML Law Group P.C., 701 Market Street ste 5000 Philadelphia Pa 19106-1541 |
| 14344647 | + | PHH Mortgage Corporation, c/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 03 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 03 2024 00:20:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2024 00:20:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 03 2024 00:19:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 03 2024 00:20:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14448865 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 03 2024 00:19:00 | BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL 33146-1839 |
| 14422331 | | Email/Text: megan.harper@phila.gov | Feb 03 2024 00:20:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14330526 | | Email/Text: megan.harper@phila.gov Feb 03 2024 00:20:00 | | City of Philadelphia, Water Revenue Bureau, c/o Joshua Domer, Municipal Services Building, 1401 JFK Blvd., 5th Floor, Phila., PA 19102-1595 |
| 14385976 | | Email/Text: megan.harper@phila.gov Feb 03 2024 00:20:00 | | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14330527 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2024 00:20:00 | | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, P.O. BOX 281061, Harrisburg, PA 17128-1061 |
| 14558389 | ^ | MEBN Feb 03 2024 00:18:52 | | COMMUNITY LOAN SERVICING, LLC, C/O KML Law Group, Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14410041 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 03 2024 00:20:00 | | CSMC 2019-RPL7 Trust, c/o Select Portfolio Servcing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14331565 | + | Email/Text: bankruptcy@cavps.com Feb 03 2024 00:20:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14332477 | + | Email/Text: bankruptcy@cavps.com Feb 03 2024 00:20:00 | | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14550929 | + | Email/Text: nsm_bk_notices@mrcooper.com Feb 03 2024 00:19:00 | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14581020 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 03 2024 00:20:00 | | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14577074 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 03 2024 00:20:00 | | Goldman Sachs Mortgage Company, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14824130 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Feb 03 2024 00:19:00 | | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7317, Philadelphia, PA 19101-7317 |
| 14849581 | | Email/Text: BankruptcyECFMail@mccalla.com Feb 03 2024 00:19:00 | | DLJ Mortgage Capital, Inc, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14772745 | + | Email/Text: mtgbk@shellpointmtg.com Feb 03 2024 00:19:00 | | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14330529 | + | Email/Text: nsm_bk_notices@mrcooper.com Feb 03 2024 00:19:00 | | MR. COOPER, 8950 CYPRESS WATERS BOULEVARD, Coppell, TX 75019-4620 |
| 14755717 | + | Email/Text: RASEBN@raslg.com Feb 03 2024 00:19:00 | | Nationstar Mortgage LLC, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14348321 | + | Email/Text: nsm_bk_notices@mrcooper.com Feb 03 2024 00:19:00 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14361232 | + | Email/Text: nsm_bk_notices@mrcooper.com Feb 03 2024 00:19:00 | | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14330530 | + | Email/Text: BKEBN-Notifications@ocwen.com Feb 03 2024 00:19:00 | | OCWEN LOAN SERVICING, 1661 WORTHINGTON ROAD, SUITE 100, West Palm Beach, FL 33409-6493 |
| 14330531 | + | Email/Text: BKEBN-Notifications@ocwen.com Feb 03 2024 00:19:00 | | PHH MORTGAGE, 1 MORTGAGE WAY, MAIL STOP: SVCF, Mount Laurel, NJ 08054-4637 |
| 14364332 | + | Email/Text: BKEBN-Notifications@ocwen.com Feb 03 2024 00:19:00 | | PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |

Case 19-13308-mdc   Doc 263   Filed 02/04/24   Entered 02/05/24 00:29:57   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14365146 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 03 2024 00:31:23 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14369160 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2024 00:20:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14755557 | + | Email/Text: RASEBN@raslg.com Feb 03 2024 00:19:00 | | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14713898 | + | Email/Text: nsm_bk_notices@mrcooper.com Feb 03 2024 00:19:00 | | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 14483922 | + | Email/Text: megan.harper@phila.gov Feb 03 2024 00:20:00 | | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14330532 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Feb 03 2024 00:43:36 | | WELLS FARGO BANK, N.A., PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MCLP Asset Company, Inc. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, DLJ Mortgage Capital, Inc, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14330528 | *+ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 14849673 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, DLJ Mortgage Capital, Inc, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing  Inc. antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov |

Case 19-13308-mdc    Doc 263    Filed 02/04/24    Entered 02/05/24 00:29:57    Desc
Imaged Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 02, 2024 | Form ID: pdf900 | Total Noticed: 42 |

**DANIEL P. JONES**
on behalf of Creditor Goldman Sachs Mortgage Company djones@sterneisenberg.com bkecf@sterneisenberg.com

**DANIELLE BOYLE-EBERSOLE**
on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

**JEROME B. BLANK**
on behalf of Creditor Bayview Loan Servicing LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

**JEROME B. BLANK**
on behalf of Creditor PHH MORTGAGE CORPORATION jblank@pincuslaw.com mmorris@pincuslaw.com

**KARINA VELTER**
on behalf of Creditor CSMC 2019-RPL7 Trust c/o Select Portfolio Servicing Inc. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

**KENNETH E. WEST**
ecfemails@ph13trustee.com philaecf@gmail.com

**KEVIN S. FRANKEL**
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

**KRISTEN D. LITTLE**
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper KRLITTLE@FIRSTAM.COM

**MAGGIE S SOBOLESKI**
on behalf of Debtor Stephanie Butler msoboles@yahoo.com 3532@notices.nextchapterbk.com

**MARIO J. HANYON**
on behalf of Creditor Bayview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARK A. CRONIN**
on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com

**MARK A. CRONIN**
on behalf of Creditor CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com

**MARK A. CRONIN**
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

**MARK A. CRONIN**
on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

**MICHAEL JOHN CLARK**
on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

**PAMELA ELCHERT THURMOND**
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

**RICHARD M. BERNSTEIN**
on behalf of Creditor INTERNAL REVENUE SERVICE richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

**RICHARD M. BERNSTEIN**
on behalf of Creditor United States of Amer. on behalf of IRS richard.bernstein@usdoj.gov jackie.brooke@usdoj.gov,CaseView.ECF@usdoj.gov

**ROBERT J. DAVIDOW**
on behalf of Creditor PHH MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

**THOMAS SONG**
on behalf of Creditor Bayview Loan Servicing LLC tomysong0@gmail.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 24

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chapter 13
STEPHANIE BUTLER

Debtor  Bankruptcy No. 19-13308-MDC

## O R D E R

**AND NOW**, this __1st__ day of __February__, 202_4_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MAGGIE S. SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146-

Debtor:
STEPHANIE BUTLER

206 PARKWAY CIRCLE

BENSALEM, PA 19020-